163 So.2d 358

**Roy MANNING and Theresa S. Manning**

**v.**

**MORRISON CAFETERIAS CONSOLIDAT-ED, INC., and Self Insurers Management, Inc.**

**No. 47215.**

May 4, 1964.

In re: Morrison's Cafeteria of Lee Circle, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 160 So.2d 818.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

163 So.2d 358

**Merdic ANDRUS**

**v.**

**SECURITY INSURANCE COMPANY OF NEW HAVEN et al.**

**No. 47228.**

May 4, 1964.

In re: Security Insurance Company of New Haven applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 161 So. 2d 113.

Writ denied. No error of law under the facts found by the Court of Appeal.

McCALEB and SUMMERS, JJ., are of the opinion that a writ should be granted.